UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
ROGERS, SUSAN                       §        Case No. 12-32351
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 South Dearborn
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/22/2014 in Courtroom ,
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/22/2014                By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
ROGERS, SUSAN § Case No. 12-32351
 §
_____Debtor(s)_____ §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 150.59 |
| leaving a balance on hand of[1] | $ | 9,849.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 32.97 | $ 0.00 | $ 32.97 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,782.97 |
| Remaining Balance | | $ | 8,066.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,129.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A. | $ 342.54 | $ 0.00 | $ 342.54 |
| 000002 | Capital Recovery V, LLC | $ 787.00 | $ 0.00 | $ 787.00 |

Total to be paid to timely general unsecured creditors     $     1,129.54

Remaining Balance     $     6,936.90

Tardily filed claims of general (unsecured) creditors totaling $ 24,193.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 28.7 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Chase Bank USA, N.A. | $ 24,193.67 | $ 0.00 | $ 6,936.90 |

Total to be paid to tardy general unsecured creditors     $     6,936.90

Remaining Balance     $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                        Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 12-32351-BWB
Susan Rogers                                                                    Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: kseldon              Page 1 of 1              Date Rcvd: Jul 23, 2014
                               Form ID: pdf006            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2014.
```
db         +Susan Rogers,   326 Brighton Court,   Crete, IL 60417-1952
19317781   +Advocate Medical Group,   75 Remittance Dr.,   Suite 1019,   Chicago, IL 60675-1019
19317782   +Advocate South Sub Hospital,   P.O. Box 4251,   Carol Stream, IL 60197-4251
19317783   +Bmo Harris Bank,   Po Box 94034,   Palatine, IL 60094-4034
19317784   +Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
20008908    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19317785   +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
21132718   +Chase Bank USA, N.A.,   c/o Michael Rusin,   600 Business Center Dr,   Heathrow, FL 32746-5583
19317787   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19317788   +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
19317789   +Dish Network,   Dept. 0063,   Palatine, IL 60055-0001
19317792   +Lincoln Automotive Fin,   12110 Emmet St,   Omaha, NE 68164-4263
19317793   +Methodist Hospital,   P.O. Box 66525,   Indianapolis, IN 46266-6525
19317795   +Midwest Diagnostic Pathology,   75 Remittance Dr.,   Suite 3070,   Chicago, IL 60675-3070
19317796   +Oaklawn Radiology,   372 Eagle Way,   Chicago, IL 60678-0001
19317797   +South Suburban Hospital,   P.O. Box 4251,   Carol Stream, IL 60197-4251
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20356734       E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2014 00:32:17     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
20039108       E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2014 00:32:16     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19317790      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2014 00:31:05     Gecrb/Care Credit,
                 950 Forrer Blvd,   Kettering, OH 45420-1469
19317791      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2014 00:29:05     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
20356735       E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2014 00:31:19
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19317786*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19317794    ##+Midwest Anesthesiologists,   185 Penny Avenue,   Dundee, IL 60118-1455
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2014 at the address(es) listed below:
```
          Eric G Zelazny    on behalf of Debtor Susan Rogers Eric@lwslaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
          Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
                                                                                             TOTAL: 4
```