UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROGERS, SUSAN | § | Case No. 12-32351 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on              . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Peter N. Metrou, Trustee_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmo Harris Bank Po Box 94034 Palatine, IL 60094 | | | | | |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lincoln Automotive Fin 12110 Emmet St Omaha, NE 68164 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Medical Group 75 Remittance Dr. Suite 1019 Chicago, IL 60675 | | | | | |
| | Advocate Medical Group 75 Remittance Dr. Suite 1019 Chicago, IL 60675 | | | | | |
| | Advocate South Sub Hospital P.O. Box 4251 Carol Stream, IL 60197 | | | | | |
| | Cap One Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Dish Network Dept. 0063 Palatine, IL 60055 | | | | | |
| | Methodist Hospital P.O. Box 66525 Indianapolis, IN 46266 | | | | | |
| | Midwest Anesthesiologists 185 Penny Avenue Dundee, IL 60118 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Diagnostic Pathology 75 Remittance Dr. Suite 3070 Chicago, IL 60675 | | | | | |
| | Oaklawn Radiology 372 Eagle Way Chicago, IL 60678 | | | | | |
| | South Suburban Hospital P.O. Box 4251 Carol Stream, IL 60197 | | | | | |
| 000001 | CAPITAL ONE, N.A. | | | | | |
| 000002 | CAPITAL RECOVERY V, LLC | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-32351 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ROGERS, SUSAN | Date Filed (f) or Converted (c): | 08/15/12 (f) |
|  |  | 341(a) Meeting Date: | 09/10/12 |
| For Period Ending: | 10/16/14 | Claims Bar Date: | 04/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 326 Brighton Court Crete, IL 60417 | 220,000.00 | 0.00 |  | 0.00 | FA |
| 2. 24.00 Cash | 24.00 | 0.00 |  | 0.00 | FA |
| 3. Illiana Credit Union Checking Account | 200.00 | 0.00 |  | 0.00 | FA |
| 4. Harris Checking Account | 142.00 | 0.00 |  | 0.00 | FA |
| 5. Chase Checking Account | 50.00 | 0.00 |  | 0.00 | FA |
| 6. Used furniture | 1,500.00 | 0.00 |  | 0.00 | FA |
| 7. Used tv, laptop and DVD player | 300.00 | 0.00 |  | 0.00 | FA |
| 8. Used pictures and cd's | 150.00 | 0.00 |  | 0.00 | FA |
| 9. Used Clothing | 300.00 | 0.00 |  | 0.00 | FA |
| 10. 2004 Mercury Mountaineer | 5,000.00 | 0.00 |  | 0.00 | FA |
| 11. 2011 Ford Fiesta | 14,600.00 | 0.00 |  | 0.00 | FA |
| 12. 2008 Mercury Mariner | 10,000.00 | 0.00 |  | 0.00 | FA |
| 13. Personal Injury Settlement payment owed to Debtor | 20,000.00 | 10,000.00 |  | 10,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $272,266.00 | $10,000.00 |  | $10,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims review completed.

Initial Projected Date of Final Report (TFR): 12/30/13    Current Projected Date of Final Report (TFR): 03/31/14

LFORM1

Ver: 18.00a

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-32351 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ROGERS, SUSAN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******4895 Checking Account |
| Taxpayer ID No: | *******2111 | | | |
| For Period Ending: | 10/16/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 9,372.88 | | 9,372.88 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,362.88 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.47 | 9,349.41 |
| 06/19/14 | 13 | Susan Rogers<br>326 Brighton Ct.<br>Crete, IL 60417 | PI SETTLEMENT | 1142-000 | 500.00 | | 9,849.41 |
| 08/28/14 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,782.97 | 8,066.44 |
| | | | Fees            1,750.00 | 2100-000 | | | |
| | | | Expenses          32.97 | 2200-000 | | | |
| 08/28/14 | 005002 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 100.00000% | 7100-000 | | 342.54 | 7,723.90 |
| 08/28/14 | 005003 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000002, Payment 100.00000% | 7100-000 | | 787.00 | 6,936.90 |
| 08/28/14 | 005004 | Chase Bank USA, N.A.<br>c/o Michael Rusin<br>600 Business Center Dr<br>Heathrow, FL 32746 | Claim 000003, Payment 28.67238% | 7200-000 | | 6,936.90 | 0.00 |

Page Subtotals    9,872.88    9,872.88

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-32351 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ROGERS, SUSAN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******4895 Checking Account |
| Taxpayer ID No: | *******2111 | | | |
| For Period Ending: | 10/16/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,872.88 | 9,872.88 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 9,372.88 | 0.00 | |
| | | | Subtotal | | 500.00 | 9,872.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 500.00 | 9,872.88 | |

Page Subtotals 0.00 0.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-32351 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | ROGERS, SUSAN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0486 Checking Account |
| Taxpayer ID No: | *******2111 | | | |
| For Period Ending: | 10/16/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/01/13 | 13 | SUSAN A. ROGERS<br>326 BRIGHTON CT<br>CRETE, IL 60417 | SETTLEMENT | 1142-000 | 8,250.00 | | 8,250.00 |
| 04/29/13 | 13 | SUSAN A ROGERS | PI SETTLEMENT | 1142-000 | 250.00 | | 8,500.00 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4-13 | 2600-000 | | 10.00 | 8,490.00 |
| 05/16/13 | 13 | SUSAN A ROGERS | PI SETTLEMENT | 1142-000 | 250.00 | | 8,740.00 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | 10.00 | 8,730.00 |
| 07/02/13 | 13 | SUSAN A ROGERS | PI SETTLEMENT | 1142-000 | 250.00 | | 8,980.00 |
| 07/23/13 | 13 | SUSAN A ROGERS | PI SETTLEMENT | 1142-000 | 250.00 | | 9,230.00 |
| 07/23/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 6/13 | 2600-000 | | 10.00 | 9,220.00 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | 2600-000 | | 10.00 | 9,210.00 |
| 08/20/13 | 13 | SUSAN A ROGERS | PI SETTLEMENT | 1142-000 | 250.00 | | 9,460.00 |
| 09/14/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 8/13 | 2600-000 | | 10.04 | 9,449.96 |
| 10/10/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 9/13 | 2600-000 | | 10.00 | 9,439.96 |
| 11/12/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.02 | 9,429.94 |
| 12/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 12/13 | 2600-000 | | 10.00 | 9,419.94 |
| 02/06/14 | 001001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 | | 17.06 | 9,402.88 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 9,392.88 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 9,382.88 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 9,372.88 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 9,372.88 | 0.00 |

Page Subtotals        9,500.00        9,500.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-32351 -BWB | |
| Case Name: | ROGERS, SUSAN | |
| Taxpayer ID No: | *******2111 | |
| For Period Ending: | 10/16/14 | |

| | | |
|---|---|---|
| Trustee Name: | Peter N. Metrou, Trustee | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******0486  Checking Account | |
| Blanket Bond (per case limit): | $ 71,065,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 9,500.00 | 9,500.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | 0.00 | 9,372.88 | |
| | | | Subtotal | 9,500.00 | 127.12 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 9,500.00 | 127.12 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | |
| | | | Checking Account - ********4895 | 500.00 | 9,872.88 | 0.00 |
| | | | Checking Account - ********0486 | 9,500.00 | 127.12 | 0.00 |
| | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | 10,000.00 | 10,000.00 | 0.00 |
| | | | | ============= | ============= | ============= |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*